UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

WILLIE TAYLOR,

    Petitioner,

    v.

WARDEN,

    Respondent.

CAUSE NO.: 3:18-CV-865-PPS-MGG

OPINION AND ORDER

Willie Taylor, a prisoner without a lawyer, filed a habeas corpus petition challenging the prison disciplinary hearing (ISP 18-07-168) where a Disciplinary Hearing Officer (DHO) at the Indiana State Prison found him guilty of interfering with counts in violation of Indiana Department of Correction policy B-251 on July 23, 2018. ECF 1 at 1. As a result, Taylor was sanctioned with the loss of 30 days earned credit time. ECF 1-1 at 14. However, this sanction was suspended and has not yet been imposed. *Id*. As such, Taylor has not yet lost earned credit time as a result of that hearing.

A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary hearing did not lengthen the duration of Taylor's confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the

petition will be denied. If, in the future, the suspended sanction is imposed, then he may file another habeas corpus petition challenging it.

For these reasons, the petition (ECF 1) is DENIED pursuant to Section 2254 Habeas Corpus Rule 4. The clerk is DIRECTED to close the case.

SO ORDERED on October 30, 2018.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT